IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| Civil Action: 21-cv-02230-NYW-SBP | Date: February 2, 2024 |
|---|---|
| Courtroom Deputy: Kally Myhaver | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| STEVEN STRAUGHEN, RICHARD WILLIAMS, and ASHLEY STRAUGHEN,<br><br>   Plaintiffs,<br><br>v.<br><br>BHS, INC., also known as BHS, Inc. of Wyoming,<br><br>   Defendant. | Kurt Zaner<br>Adam Fonta<br>Timothy Galluzzi<br><br><br><br><br>Kate McDonald<br>Nathaniel Rioux Jordan<br>Derek MacKay<br>Jennifer Vedra |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**12:03 p.m.     Court in session.**

Appearances of counsel.

Discussion regarding the Parties' opening slides.

**ORDERED:  Video deposition testimony will not be permitted opening statements.**

Parties are directed to confer regarding stipulated exhibits that may be used during Opening Statements.

Parties are further advised that Opening Statements are not intended to be argument.

**ORDERED:** Defendant shall provide any opening slides to be used to the Plaintiffs by close of business on February 2, 2024.

**ORDERED:** Plaintiffs Steven Straughen and Ahsley Straughens' oral Motion to Permit Ms. Leisa Ley to Testify is GRANTED as to the procedures utilized during her tenure at BHS. The Motion is DENIED as to the standard of care in the industry, whether the checklists were required as part of the standard of care or reflected the standard of care, or whether BHS abandonment of the checklist resulted in negligence.

**2:23 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:     00:20