# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-02230-NYW-STV

STEVEN STRAUGHEN; ASHLEY STRAUGHEN; and RICHARD WILLIAMS,

    Plaintiffs

v.

BHS, INC. a/k/a BHS, INC. OF WYOMING and SCHNEIDER SUMMIT SERVICES, LLC,

    Defendants

and

SCHNEIDER SUMMIT SERVICES, LLC,

    Third-Party Plaintiff

v.

EDGE ENERGY II, LLC,

    Third-Party Defendant

## OFFER OF JUDGMENT TO RICHARD WILLIAMS

Defendant, BHS, Inc. a/k/a BHS, Inc. of Wyoming ("BHS"), through its attorneys, McConaughy & Sarkissian, P.C., pursuant to FED.R.CIV.P. 68, hereby offers to allow entry of judgment to be taken against it as follows:

A judgment in favor of Plaintiff, Richard Williams, and against BHS in the amount of Two Hundred Fifty Thousand Dollars and Zero Cents ($250,000.00). This shall be the total amount to be paid by BHS on account of any and all liability claimed in this action, including all damages sought

by Mr. Williams (*i.e.*, economic, non-economic, permanent impairment and/or disfigurement, pre-judgment interest, and costs).

If Mr. Williams does not accept this offer, he may become obligated to pay BHS' costs incurred after the making of this offer in the event that he does not recover a judgment that is more favorable than this offer of judgment pursuant to FED.R.CIV.P. 68. To accept this offer, Mr. Williams must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

This Offer of Judgment is made for the purposes specified in FED.R.CIV.P. 68, and is not to be construed as an admission of liability by BHS, but rather is made solely for the purpose of compromising a disputed claim.  This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Respectfully submitted,

By:  */s/ Kate L. McDonald*
      Kate L. McDonald, #42284
      Nathaniel Rioux Jordan, #52715
      McConaughy & Sarkissian, P.C.
      4725 S. Monaco Street, Suite 200
      Denver, Colorado 80237
      Telephone: (303) 649-0999
      Facsimile: (303) 649-0990
      kmcdonald@mslawpc.com
      njordan@mslawpc.com

*Attorneys for BHS, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2024, a true and correct copy of **OFFER OF JUDGMENT TO RICHARD WILLIAMS** was served via e-mail to counsel for Plaintiff, Richard Williams, with a delivered and read receipt requested.

*/s/ Kate L. McDonald*