IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-2230-NYW-SP

STEVEN STRAUGHEN, ASHLEY STRAUGHEN, and RICHARD WILLIAMS,

    Plaintiffs,

v.

BHS, INC. a/k/a BHS, INC. OF WYOMING,

    Defendant.

## JUDGMENT

Pursuant to the offer of judgment served January 21, 2024, and the acceptance thereof filed February 5, 2024, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that in favor of Plaintiff, Richard Williams, and against BHS in the amount of Two Hundred Fifty Thousand Dollars and Zero Cents ($250,000.00). This shall be the total amount to be paid by BHS on account of any and all liability claimed in this action, including all damages sought by Mr. Williams (i.e., economic, non-economic, permanent impairment and/or disfigurement, prejudgment interest, and costs).

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 4.76 percent per annum from the date of entry of Judgment.

DATED at Denver, Colorado this 6th day of February, 2024.

                              BY THE CLERK:
                              JEFFREY P. COLWELL, CLERK

                    By:   s/M. Smotts
                          M. Smotts, Deputy Clerk