IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-02230-NYW-SBP | Date: February 7, 2024 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| STEVEN STRAUGHEN,<br><br>Plaintiff,<br><br>v.<br><br>BHS, INC., also known as BHS, Inc. of Wyoming,<br><br>Defendant. | Kurt Zaner<br>Lia Rottman<br>Adam Fonta<br><br><br><br>Kate McDonald<br>Nathaniel Rioux Jordan<br>Derek MacKay<br>Jennifer Vedra |

## COURTROOM MINUTES

**JURY TRIAL – DAY 3**

**8:45 a.m.**     **Court in session.**

Appearances of counsel.

Jury not present.

Argument regarding Plaintiff's Motion for Spoliation Sanctions Against Defendant BHS, Inc. [Doc. 172].

**ORDERED:**   **Plaintiff's Motion for Spoliation Sanctions Against Defendant BHS, Inc. [Doc. 172] is TAKEN UNDER ADVISEMENT.**

**9:00 a.m.**     **Court in recess.**

**9:10 a.m.      Court in session.**

Jury present.

Plaintiff's witness, Shawn Sapp, called and sworn.

9:14 a.m.       Direct examination of Dr. Sapp by Mr. Zaner.

Plaintiff offers Dr. Sapp as an expert in fire and cause explosion and as a chemist in forensic science. Defendant has no objection. Court finds Dr. Sapp is so qualified.

10:13 a.m. – 10:18 a.m. Bench conference.

10:18 a.m.      Jury is excused.

Parties provide the Court with expert reports with respect to purging of the tanks.

**10:22 a.m.     Court in recess.**
**10:35 a.m.     Court in session.**

Jury not present.

Pending before the Court is whether or not Dr. Sapp will be able to testify and render the opinion that he seeks with respect to purging of the tanks as was being testified to prior to the objection.

**ORDERED: The Court will permit this testimony. Defendant's objection is overruled.**

10:38 a.m.      Jury present.

Plaintiff's witness, Shawn Sapp, resumes.

10:38 a.m.      Continued direct examination of Dr. Sapp by Mr. Zaner.

**Exhibit 252 (pages 350, 355, 359-362, 364-365, 367-369, 372-374, 385, 386, 388-390, 392-394) is admitted.**

11:13 a.m.      Cross examination of Dr. Sapp by Mr. Jordan.

11:19 a.m.      Redirect examination of Dr. Sapp by Mr. Zaner.

**11:23 a.m.     Court in recess.**
**11:37 a.m.     Court in session.**

Jury present.

Plaintiff's witness, Scott Brown, called, sworn, and appears via video teleconference.

11:40 a.m.   Direct examination of Dr. Brown by Mr. Zaner.

Plaintiff offers Dr. Brown as an expert in orthopedic surgery and sports medicine. Defendant has no objection. Court finds Dr. Brown is so qualified.

12:00 p.m. – 12:01 p.m.   Bench conference.

12:01 p.m.   Continued direct examination of Dr. Brown by Mr. Zaner.

12:02 p.m. – 12:03 p.m.   Bench conference.

12:03 p.m.   Continued direct examination of Dr. Brown by Mr. Zaner.

12:04 p.m. – 12:04 p.m.   Bench conference.

12:05 p.m.   Continued direct examination of Dr. Brown by Mr. Zaner.

12:05 p.m.   Jury is excused.

**ORDERED:   Plaintiff's Motion for Spoliation Sanctions Against Defendant BHS, Inc. [Doc. 172] is DENIED.**

**12:18 p.m.   Court in recess.**
**1:05 p.m.   Court in session.**

Jury present.

Plaintiff's witness, Edward Ellison, called, sworn, and appears via video teleconference.

1:08 p.m.   Direct examination of Dr. Ellison by Mr. Zaner.

Plaintiff offers Dr. Ellison as an expert in urology. Defendant has no objection. Court finds Dr. Ellison is so qualified.

1:15 p.m. – 1:17 p.m.   Bench conference.

1:17 p.m.   Continued direct examination of Dr. Ellison by Mr. Zaner.

Plaintiff's witness, Brandon Shultz, called and sworn.

1:25 p.m.   Direct examination of Mr. Shultz by Mr. Zaner.

**Exhibits 117 (pages 4, 3), 113 (pages 13, 14, 3, 4) are admitted.**

1:34 p.m. – 1:35 p.m. Bench conference.

1:36 p.m.       Continued direct examination of Mr. Shultz by Mr. Zaner.

**Exhibit 117 (pages 5 and 6) is admitted.**

1:44 p.m.       Cross examination of Mr. Shultz by Mr. Jordan.

**Exhibits 111 (pages 6 and 7), 131 (page 29) are admitted.**

2:06 p.m.       Redirect examination of Mr. Shultz by Mr. Zaner.

2:10 p.m.       Recross examination of Mr. Shultz by Mr. Jordan.

**2:11 p.m.       Court in recess.**
**2:27 p.m.       Court in session.**

Jury present.

Plaintiff's witness, Ashley Straughen, called and sworn.

2:31 p.m.       Direct examination of Ms. Straughen by Ms. Rottman.

**Exhibits 133 (pages 4, 5, 8, 9, 11, 12, 13, 14, 15, 16, 19, 32, 38, 40, 42, 44, 46, 50, 57, 59, 63, 73, 78, 79, 82, 83), 136 (pages 1, 2, 4, 50, 67, 77, 95, 96, 99, 100, 102) are admitted.**

Court advises jury regarding admonitions of trial.

3:16 p.m.       Jury excused until February 8, 2024 at 9:00 a.m.

Discussion regarding the timing of the remainder of the trial.

Discussion regarding the verdict form and jury instructions.

**ORDERED:   Parties shall meet and confer and submit any updated stipulated jury instructions or updated disputed jury instructions based on the Court's instruction by 12:00 p.m. on Friday, February 9, 2024.**

**3:24 p.m.       Court in recess.**

Trial continued.
Total time in court:     4:59