# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.: 1:21-CV-02230-NYW-STV

**STEVEN STRAUGHEN, ASHLEY STRAUGHEN, and RICHARD WILLIAMS,**
　　Plaintiffs,

v.

**BHS, INC. a/k/a BHS, INC. OF WYOMING**
　　Defendant,

---

## PLAINTIFF ASHLEY STRAUGHEN VOLUNTARY NOTICE OF DISMISSAL

---

Plaintiff Ashley Straughen, by and through her undersigned counsel, hereby dismisses her action against Defendant BHS, Inc. a/k/a/ BHS, Inc. Of Wyoming pursuant to F.R.C.P. 41(a)(1)(A), with prejudice.

Dated: February 9, 2024

　　　　　　　　　　　　　　　　　ZANER HARDEN LAW, LLP

　　　　　　　　　　　　　　　　　/s/ Kurt Zaner
　　　　　　　　　　　　　　　　　Kurt Zaner, Esq.  #40989
　　　　　　　　　　　　　　　　　Lia Rottman, Esq. # 52187
　　　　　　　　　　　　　　　　　Adam Fonta, Esq. #50471
　　　　　　　　　　　　　　　　　ZANER HARDEN LAW, LLP
　　　　　　　　　　　　　　　　　1610 Wynkoop Street, Suite 120
　　　　　　　　　　　　　　　　　Denver, Colorado  80202
　　　　　　　　　　　　　　　　　Phone Number:  (303) 563-5354
　　　　　　　　　　　　　　　　　Facsimile Number: (303) 563-5351
　　　　　　　　　　　　　　　　　E-Mail:  kz@zanerhardenlaw.com
　　　　　　　　　　　　　　　　　af@zanerhardenlaw.com
　　　　　　　　　　　　　　　　　lr@zanerhardenlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of this **NOTICE** was served upon the following counsel via email on this 9th day of February, 2024.

Kate L. McDonald, #42284
Elizabeth C. LaVance, #50751
McConaughy & Sarkissian, P.C.
4725 S. Monaco Street, Suite 200
Denver, Colorado 80237
Telephone: (303) 649-0999
Email: kmcdonald@mslawpc.com; elavance@mslawpc.com
*Attorneys for Defendant BHS*

> */ s /Jenny Koenig*
> Jenny Koenig
> Litigation Paralegal