IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-02230-NYW-SBP | Date: February 8, 2024 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| STEVEN STRAUGHEN,<br><br>Plaintiff,<br><br>v.<br><br>BHS, INC., also known as BHS, Inc. of Wyoming,<br><br>Defendant. | Kurt Zaner<br>Lia Rottman<br>Adam Fonta<br><br><br><br>Kate McDonald<br>Nathaniel Rioux Jordan<br>Derek MacKay<br>Jennifer Vedra |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 4**

**9:06 a.m.**     **Court in session.**

Appearances of counsel.

Jury present.

Plaintiff's witness, John Hughett, called and sworn.

9:09 a.m.     Direct examination of Mr. Hughett by Mr. Zaner.

Plaintiff offers Mr. Hughett as an expert in petroleum engineering and flow back gas sites. Defendant has no objection. Court finds Mr. Hughett is so qualified.

**Exhibit 2 is admitted.**

9:36 a.m. – 9:39 a.m. Bench conference: Defendant's Oral Motion for a Mistrial is DENIED.

9:39 a.m.        Continued direct examination of Mr. Hughett by Mr. Zaner.

**Exhibits 96, 103 are admitted.**

10:58 a.m.       Jury is excused.

**ORDERED:   Plaintiff's counsel shall file a written stipulation to dismiss Plaintiff Ashley Straughen.**

Mr. MacKay raises an issue with respect to the OSHA report and OSHA conclusions and orally moves for a mistrial.

**ORDERED:   This matter is taken under advisement.**

**11:02 a.m.       Court in recess.**
**11:26 a.m.       Court in session.**

Jury not present.

Pending before the Court is what the Parties can and cannot do with respect to the OSHA report and OSHA conclusions. The Court reviews its ruling from the first day of trial.

**ORDERED:   The Court will not allow admission of the conclusions of OSHA under Rule 403. An expert can testify as to considering the conclusions and reports in forming their own opinions and testifying to those opinions. Defendant's Oral Motion for a Mistrial is DENIED.**

11:34 a.m.       Jury present.

Plaintiff's witness, John Hughett, resumes.

11:34 a.m.       Cross examination of Mr. Hughett by Mr. Jordan.

11:51 a.m.       Redirect examination of Mr. Hughett by Mr. Zaner.

Plaintiff's witness, Ryan Chursky, called and sworn.

11:59 a.m.       Direct examination of Mr. Chursky by Mr. Zaner.

12:05 p.m. – 12:05 p.m.       Bench conference.

12:05 p.m.        Continued direct examination of Mr. Chursky by Mr. Zaner.

12:07 p.m. – 12:08 p.m.        Bench conference.

12:08 p.m.        Continued direct examination of Mr. Chursky by Mr. Zaner.

**Exhibits 62, 61 are admitted.**

**12:30 p.m.        Court in recess.**
**1:19 p.m.        Court in session.**

Jury present.

Plaintiff's witness, Ryan Chursky, resumes.

1:22 p.m.        Continued direct examination of Mr. Chursky by Mr. Zaner.

1:29 p.m.        Cross examination of Mr. Chursky by Mr. MacKay.

1:37 p.m. – 1:37 p.m.  Bench conference.

1:38 p.m.        Continued cross examination of Mr. Chursky by Mr. MacKay.

**Exhibits 59, 92 are admitted.**

2:03 p.m. – 2:05 p.m.  Bench conference.

2:05 p.m.        Continued cross examination of Mr. Chursky by Mr. MacKay.

**Exhibit 91 is admitted.**

2:15 p.m.        Redirect examination of Mr. Chursky by Mr. Zaner.

2:16 p.m. – 2:16 p.m.  Bench conference.

2:16 p.m.        Continued redirect examination of Mr. Chursky by Mr. Zaner.

2:30 p.m.        Recross examination of Mr. Chursky by Mr. MacKay.

2:31 p.m. – 2:31 p.m.  Bench conference.

2:31 p.m.        Continued recross examination of Mr. Chursky by Mr. MacKay.

**2:35 p.m.**     **Court in recess.**
**2:55 p.m.**     **Court in session.**

Jury not present.

Discussion regarding whether or not Mr. Chursky was testifying as a corporate representative. To the extent that counsel are trying to impeach a witness with respect to a Rule 30(b)(6) deposition, the Court needs to see that deposition to make sure the designation is correct.

2:58 p.m.     Jury present.

Plaintiff's witness, Jeff Ramirez, called and sworn.

2:59 p.m.     Direct examination of Mr. Ramirez by Mr. Zaner.

3:23 p.m.     Cross examination of Mr. Ramirez by Mr. Jordan.

3:26 p.m.     Deposition of Jeff Ramirez opened and used for impeachment.

3:27 p.m.     Continued cross examination of Mr. Ramirez by Mr. Jordan.

**Exhibit 94 is admitted.**

3:42 p.m.     Redirect examination of Mr. Ramirez by Mr. Zaner.

3:48 p.m.     Recross examination of Mr. Ramirez by Mr. Jordan.

Plaintiff's witness, Kyle Hanning, called and sworn.

3:51 p.m.     Direct examination of Mr. Hanning by Mr. Zaner.

**Exhibit 134-3 is admitted.**

Court advises jury regarding admonitions of trial.

4:07 p.m.     Jury excused until February 9, 2024 at 9:00 a.m.

Discussion regarding upcoming witnesses.

**ORDERED:   Parties shall meet and confer with respect to the cumulative testimony issue and the stipulations.**

**4:14 p.m.**     **Court in recess.**
Trial continued.              Total time in court:     5:35