IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-02230-NYW-SBP | Date: February 9, 2024 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| STEVEN STRAUGHEN, | Kurt Zaner |
| | Lia Rottman |
| | Adam Fonta |
| Plaintiff, | |
| v. | |
| BHS, INC., also known as BHS, Inc. of Wyoming, | Kate McDonald |
| | Nathaniel Rioux Jordan |
| | Derek MacKay |
| | Jennifer Vedra |
| Defendant. | |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 5**

**9:04 a.m.**     **Court in session.**

Appearances of counsel.

Jury not present.

Parties raise an issue with respect to the extent treating physicians can testify without an attached expert report.

**ORDERED:** This matter is taken under advisement.

**9:15 a.m.**     **Court in recess.**
**9:28 a.m.**     **Court in session.**

Jury not present.

Pending before the Court is an issue with respect to the scope of testimony for treating physicians of Mr. Straughen.

**ORDERED:** **A treating physician may testify as to his/her percipient knowledge, course of treatment, and statement of prognosis within that ordinary course of treatment. A report needs to be propounded if the testimony goes beyond the ordinary course of treatment. To the extent that Mr. Straughen's treating physicians rely on other records in order to formulate their treatment plan, and it is reflected in their records, they may testify to that.**

9:40 a.m.     Jury present.

Plaintiff's witness, Roland Kent, called, sworn, and appears via video teleconference.

9:41 a.m.     Direct examination of Dr. Kent by Mr. Zaner.

Plaintiff offers Dr. Kent as an expert in orthopedic spine surgical medicine. Defendant has no objection. Court finds Dr. Kent is so qualified.

10:23 a.m. – 10:23 a.m.     Bench conference.

10:24 a.m.     Continued direct examination of Dr. Kent by Mr. Zaner.

Plaintiff's witness, Jeffrey Berliner, called and sworn.

10:26 a.m.     Direct examination of Dr. Berliner by Mr. Zaner.

Plaintiff offers Dr. Berliner as an expert in physical medicine and rehabilitation, amputee care, and life care planning.

Defendant has no objection to physical medicine and rehabilitation and amputee care, but objects to life care planning.

10:36 a.m.     Voir dire examination of Dr. Berliner by Ms. McDonald.

Defendant still objects to life care planning.

10:39 a.m.     Redirect examination of Dr. Berliner by Mr. Zaner.

Plaintiff renews his request with respect to Dr. Berliner.

10:41 a.m. – 10:42 a.m.	Bench conference.

Court finds Dr. Berliner is so qualified in all areas.

10:42 a.m.	Continued direct examination of Dr. Berliner by Mr. Zaner.

10:44 a.m. – 10:46 a.m.	Bench conference.

10:47 a.m.	Jury is excused.

Discussion regarding Plaintiff's demonstrative clip that he wishes to use during the testimony of Dr. Berliner. Plaintiff shows the Court the demonstrative clip and Defendant provides Dr. Berliner's expert report to the Court.

**ORDERED:  This matter is taken under advisement.**

**10:50 a.m.	Court in recess.**
**11:09 a.m.	Court in session.**

Jury not present.

Pending before the Court is an objection by Defendant with respect to the use of a demonstrative exhibit demonstrating amputation and formation of an amputee stump with Dr. Berliner who has been qualified with respect to life planning and amputee care.

**ORDERED:  The Court will permit this demonstrative to be used with some limitations. Dr. Berliner shall focus solely on what he proffered with respect to creation of the residual limb and how it relates to the opinions that he gives with respect to life care planning and amputee care. Dr. Berliner shall not provide any testimony with respect to the surgery, the aftermath of the surgery, or the recovery.**

11:14 a.m.	Jury present.

Plaintiff's witness, Jeffrey Berliner, resumes.

11:15 a.m.	Continued direct examination of Dr. Berliner by Mr. Zaner.

11:25 a.m. – 11:27 a.m.	Bench conference.

11:27 a.m.	Continued direct examination of Dr. Berliner by Mr. Zaner.

**Exhibit 282 is admitted.**

12:05 p.m.      Cross examination of Dr. Berliner by Ms. McDonald.

12:06 p.m. – 12:07 p.m.      Bench conference.

12:07 p.m.      Continued cross examination of Dr. Berliner by Ms. McDonald.

12:15 p.m.      Jury is excused.

Discussion regarding Plaintiff Ashley Straughen Voluntary Notice of Dismissal [Doc. 179].  The Notice is not signed by all Parties who have appeared in this action.  The Court construes the Notice as a Motion to Dismiss Ms. Straughen's claims against Defendant and grants the Motion.

**ORDERED:   Defendant's oral request for extension of time is granted and the Parties shall submit any updated stipulated jury instructions or updated disputed jury instructions based on the Court's instruction by 12:00 p.m. on Saturday, February 10, 2024.**

**12:17 p.m.      Court in recess.**
**1:12 p.m.       Court in session.**

Jury present.

Plaintiff's witness, Jeffrey Berliner, resumes.

1:15 p.m.      Continued cross examination of Dr. Berliner by Ms. McDonald.

1:22 p.m.      Redirect examination of Dr. Berliner by Mr. Zaner.

1:26 p.m. – 1:27 p.m.  Bench conference.

1:27 p.m.      Continued redirect examination of Dr. Berliner by Mr. Zaner.

Plaintiff's witness, Richard Allen, called and sworn.

1:34 p.m.      Direct examination of Mr. Allen by Mr. Zaner.

Plaintiff offers Mr. Allen as an expert in prosthetics and orthotics.  Defendant has no objection.  Court finds Mr. Allen is so qualified.

**1:58 p.m.      Court in recess.**
**2:12 p.m.      Court in session.**

Jury present.

Plaintiff's witness, Kristian Martin, called and sworn.

2:15 p.m.	Direct examination of Mr. Martin by Ms. Rottman.

Plaintiff, Steven Straughen, called and sworn.

2:27 p.m.	Direct examination of Mr. Straughen by Mr. Zaner.

**Exhibits 133-53, 133-80, 133-71, 133-52, 134-4, 134-8, 134-9, 136-101, 136-104, 136-105, 136-116, 141 are admitted.**

3:15 p.m. – 3:15 p.m.  Bench conference.

Court advises jury regarding admonitions of trial.

3:16 p.m.	Jury excused until February 12, 2024 at 9:00 a.m.

Discussion regarding upcoming witnesses and time for closing arguments.

**3:23 p.m.	Court in recess.**
Trial continued.
Total time in court:	4:38