IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-02230-NYW-SBP | Date: February 12, 2024 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| STEVEN STRAUGHEN, | Kurt Zaner |
| | Lia Rottman |
| | Adam Fonta |
| Plaintiff, | |
| v. | |
| BHS, INC., also known as BHS, Inc. of Wyoming, | Kate McDonald |
| | Nathaniel Rioux Jordan |
| | Derek MacKay |
| | Jennifer Vedra |
| Defendant. | |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 6**

**9:00 a.m.**      **Court in session.**

Appearances of counsel.

Jury not present.

Defendant objects to demonstrative slides 21, 28, 30, and 32 that Plaintiff intends to use during the testimony of Dr. Ashley Ahrens.

**ORDERED: This matter is taken under advisement.**

9:20 a.m.      Jury present.

Plaintiff, Steven Straughen, resumes.

9:20 a.m.       Cross examination of Mr. Straughen by Mr. MacKay.

**Exhibit 58 is admitted.**

9:46 a.m.       Redirect examination of Mr. Straughen by Mr. Zaner.

10:06 a.m.      Jury is excused.

Pending before the Court is Defendant's objection to Plaintiff's demonstrative slides 21, 28, 30, and 32 with respect to Dr. Ahrens.

**ORDERED:   The Court will preclude the use of slides 21 and 28.  However, Dr. Ahrens may testify as to why he chose to look forward 30 years as opposed to looking backwards.  With respect to slide 28, the CPI line with respect to historical data will not be permitted, but the medical price index is permitted.  Slides 30 and 32 will be permitted.**

**10:14 a.m.      Court in recess.**
**10:23 a.m.      Court in session.**

Jury present.

Plaintiff's witness, Ashley Ahrens, called and sworn.

10:26 a.m.      Direct examination of Dr. Ahrens by Mr. Zaner.

Plaintiff offers Dr. Ahrens as an expert in economics and damages analysis.

Defendant objects.

10:28 a.m.      Voir dire examination of Dr. Ahrens by Mr. MacKay.

10:29 a.m. – 10:30 a.m.      Bench conference: Court rules that the objection should have been raised in a 702 motion and is waived at this point.

Court finds Dr. Ahrens is so qualified.

10:30 a.m.      Continued direct examination of Dr. Ahrens by Mr. Zaner.

**Exhibits 279, 280, 285 are admitted.**

11:12 a.m.      Cross examination of Dr. Ahrens by Mr. MacKay.

11:28 a.m.        Redirect examination of Dr. Ahrens by Mr. Zaner.

11:31 a.m. – 11:32 a.m.        Bench conference.

11:32 a.m.        Continued redirect examination of Dr. Ahrens by Mr. Zaner.

Plaintiff's witness, James Schraa, called and sworn.

11:35 a.m.        Direct examination of Dr. Schraa by Ms. Rottman.

Plaintiff offers Dr. Schraa as an expert in neuropsychology and neuropsychological testing. Defendant has no objection.  Court finds Dr. Schraa is so qualified.

11:55 a.m.        Cross examination of Dr. Schraa by Ms. Vedra.

12:24 p.m.        Redirect examination of Dr. Schraa by Ms. Rottman.

12:32 p.m.        Jury is excused.

Discussion regarding Plaintiff's upcoming witnesses.

**12:34 p.m.        Court in recess.**
**1:25 p.m.         Court in session.**

Jury present.

Plaintiff's witness, Jeanna Mooney, called and sworn.

1:30 p.m.        Direct examination of Ms. Mooney by Ms. Rottman.

**Exhibit 133-72 is admitted.**

1:41 p.m. – 1:42 p.m.        Bench conference.

Plaintiff's witness, Tosha Leighton, called and sworn.

1:42 p.m.        Direct examination of Ms. Leighton by Ms. Rottman.

Plaintiff's witness, Sherry Young, called and sworn.

2:00 p.m.        Direct examination of Ms. Young by Ms. Rottman.

Plaintiff offers Ms. Young as an expert in occupational therapy and functional capacity evaluations.  Defendant has no objection.  Court finds Ms. Young is so qualified.

**2:29 p.m.**     **Court in recess.**
**2:46 p.m.**     **Court in session.**

Jury present.

Plaintiff's witness, Gary Coates, called and sworn.

2:49 p.m.     Direct examination of Mr. Coates by Mr. Zaner.

3:12 p.m. – 3:17 p.m.  Bench conference.

3:17 p.m.     Continued direct examination of Mr. Coates by Mr. Zaner.

3:20 p.m.     Cross examination of Mr. Coates by Mr. MacKay.

**Exhibits 111 (pages 1-5, 8-9), 121 are admitted.**

3:36 p.m.     Redirect examination of Mr. Coates by Mr. Zaner.

Plaintiff rests.

Court advises jury regarding admonitions of trial.

3:51 p.m.     Jury excused until February 13, 2024 at 9:00 a.m.

Discussion regarding the witnesses Defendant will call tomorrow.

Court raises a question directed at Plaintiff.  In the Final Pretrial Order [Doc. 89], it indicates there are two remaining claims: negligence and negligence per se.  Parties stipulate to the dismissal of the negligence per se claim.

Court will provide a working draft of the jury instructions to counsel tomorrow morning.

Discussion regarding the trial schedule.

**3:58 p.m.**     **Court in recess.**
Trial continued.
Total time in court:     5:41