IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-02230-NYW-SBP | Date: February 13, 2024 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| STEVEN STRAUGHEN, | Kurt Zaner |
| | Lia Rottman |
| | Adam Fonta |
| Plaintiff, | |
| v. | |
| BHS, INC., also known as BHS, Inc. of Wyoming, | Kate McDonald |
| | Nathaniel Rioux Jordan |
| | Derek MacKay |
| | Jennifer Vedra |
| Defendant. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 7**

**8:52 a.m.      Court in session.**

Appearances of counsel.

Jury not present.

8:53 a.m.      Argument by Ms. McDonald regarding Defendant's Oral Motion Pursuant to Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law.

8:57 a.m.      Response by Mr. Zaner.

9:00 a.m.      Reply by Ms. McDonald.

Court's findings and conclusions.

**ORDERED:   Defendant's Oral Motion Pursuant to Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law is DENIED.**

Court provides counsel with a working draft of the jury instructions.

9:13 a.m.        Jury present.

Defendant's witness, Ranee Shenoi, called and sworn.

9:15 a.m.        Direct examination of Dr. Shenoi by Ms. McDonald.

Defendant offers Dr. Shenoi as a board certified physical medicine and rehabilitation expert, as well as a Level 2 accreditation for impairment ratings with the State.  Plaintiff has no objection. Court finds Dr. Shenoi is so qualified.

9:47 a.m. – 9:48 a.m.  Bench conference.

9:48 a.m.        Continued direct examination of Dr. Shenoi by Ms. McDonald.

9:48 a.m. – 9:49 a.m.  Bench conference.

9:49 a.m.        Continued direct examination of Dr. Shenoi by Ms. McDonald.

10:22 a.m.      Cross examination of Dr. Shenoi by Mr. Zaner.

10:34 a.m. – 10:34 a.m.        Bench conference.

10:34 a.m.      Continued cross examination of Dr. Shenoi by Mr. Zaner.

**11:00 a.m.      Court in recess.**
**11:17 a.m.      Court in session.**

Jury present.

Defendant's witness, Ranee Shenoi, resumes.

11:19 a.m.      Continued cross examination of Dr. Shenoi by Mr. Zaner.

11:27 a.m. – 11:27 a.m.        Bench conference.

11:27 a.m.      Continued cross examination of Dr. Shenoi by Mr. Zaner.

12:08 p.m.       Redirect examination of Dr. Shenoi by Ms. McDonald.

12:14 p.m.       Jury excused.

Discussion regarding the witnesses to be called by Defendant this afternoon and tomorrow.

**12:16 p.m.       Court in recess.**
**1:18 p.m.        Court in session.**

Jury present.

Defendant's witness, Aubrey Corwin, called and sworn.

1:22 p.m.       Direct examination of Ms. Corwin by Ms. Vedra.

Defendant offers Ms. Corwin as an expert in vocational rehabilitation, earning capacity assessment, and life care planning.  Plaintiff has no objection.  Court finds Ms. Corwin is so qualified.

**Exhibit 233 (page 1) is admitted.**

2:28 p.m.       Cross examination of Ms. Corwin by Mr. Zaner.

3:27 p.m. – 3:29 p.m.  Bench conference.

3:29 p.m.       Continued cross examination of Ms. Corwin by Mr. Zaner.

3:34 p.m.       Jury excused.

Mr. Zaner raises an issue with respect to the testimony of Ms. Corwin.  Court advises Ms. Corwin to avoid any mention of collateral source, including insurance or cash pay.

**3:37 p.m.       Court in recess.**
**3:52 p.m.       Court in session.**

Jury not present.

Discussion regarding the timing of the testimony and holding the jury instruction charge conference this afternoon.

Plaintiff requests a jury instruction that the jury shall not consider any collateral source, including health insurance.  Plaintiff requests that the Court admonish Ms. Corwin in front of the jury that she needs to follow the rules of the Court in answering questions and orders of the Court.

**ORDERED:   Parties shall meet and confer regarding Plaintiff's request for a jury instruction with respect to the disregarding of collateral sources.**

**ORDERED:   Plaintiff's request for an admonition to Ms. Corwin in front of the jury is DENIED.**

4:01 p.m.        Jury present.

Defendant's witness, Aubrey Corwin, resumes.

4:01 p.m.        Continued cross examination of Ms. Corwin by Mr. Zaner.

Court advises jury regarding admonitions of trial.

4:03 p.m.        Jury excused until February 14, 2024 at 9:00 a.m.

Discussion regarding the jury instruction charge conference.

**4:05 p.m.        Court in recess.**
**4:15 p.m.        Court in session.**

Jury instruction charge conference.

**4:51 p.m.        Court in recess.**
Trial continued.
Total time in court:     6:15