IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-02230-NYW-SBP | Date: February 15, 2024 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| STEVEN STRAUGHEN, | Kurt Zaner |
| | Lia Rottman |
| | Adam Fonta |
| Plaintiff, | |
| v. | |
| BHS, INC., also known as BHS, Inc. of Wyoming, | Kate McDonald |
| | Nathaniel Rioux Jordan |
| | Derek MacKay |
| | Jennifer Vedra |
| Defendant. | |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 9**

**9:11 a.m.**     **Court in session.**

Appearances of counsel.

9:13 a.m.     Jury present.

Plaintiff has no rebuttal evidence.

Plaintiff rests.

**ORDERED:** Lunches shall be provided to jurors during their deliberations starting on February 15, 2024.

| | |
|---|---|
| 9:15 a.m. | Court reads Final Jury Instructions. |
| 9:32 a.m. | Plaintiff's closing argument by Mr. Zaner. |

9:50 a.m. – 9:52 a.m.  Bench conference:  Defendant's Oral Motion for a Mistrial is DENIED.

| | |
|---|---|
| 9:52 a.m. | Plaintiff's closing argument by Mr. Zaner continues. |

10:07 a.m. – 10:08 a.m.         Bench conference.

| | |
|---|---|
| 10:08 a.m. | Plaintiff's closing argument by Mr. Zaner continues. |
| 10:24 a.m. | Defendant's closing argument by Mr. MacKay. |
| 10:51 a.m. | Plaintiff's rebuttal closing argument by Mr. Zaner. |

Court further instructs the jury.

| | |
|---|---|
| 11:04 a.m. | Bailiff sworn. |
| 11:04 a.m. | Jury excused to begin deliberations. |
| **11:06 a.m.** | **Court in recess.** |
| **2:42 p.m.** | **Court in session.** |

Jury not present.

Discussion regarding a note from the jury.  Court discusses its response to the note from the jury with the Parties.

| | |
|---|---|
| **2:45 p.m.** | **Court in recess.** |
| **3:16 p.m.** | **Court in session.** |
| 3:20 p.m. | Jury present. |

Jury has reached a verdict.

| | |
|---|---|
| 3:21 p.m. | Court reads Verdict Form. |

**ORDERED:  Verdict is received.**

**ORDERED:  Judgment shall enter in favor of Plaintiff and against Defendant.  Costs are awarded to Plaintiff.**

Court's concluding remarks to the jury.

3:25 p.m.      Jury excused.

**3:26 p.m.      Court in recess.**

Trial concluded.
Total time in court:    2:08

Clerk's Note:  Exhibits and depositions have been returned to counsel.