IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE NINA Y. WANG

Date: 2/15/24          Time: 14:20

____ We have reached a verdict.

X   We have a question.

**NOTE FROM JURY**

Are there consequences of assigning a particular value to each damages category on question 9.

Does it matter how we allocate each section

Ex: Our total is 5        Does it ultimately matter what
a = 2                     a, b, c are?
b = 2
c = 0/1

[Juror Name Redacted]

**COURT'S RESPONSE TO NOTE FROM JURY**

You must follow the instructions and the verdict form.

By: /s/ Nina Y. Wang
Nina Y. Wang
United States District Judge