IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE NINA Y. WANG

Date: 2/15/24      Time: 3:10pm

✓ We have reached a verdict.

___ We have a question.

**NOTE FROM JURY**

By: [Juror Name Redacted]

**COURT'S RESPONSE TO NOTE FROM JURY**

By:_____
Nina Y. Wang
United States District Judge