IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 21-cv-02230-NYW-SBP

STEVEN STRAUGHEN,

    Plaintiff,

v.

BHS, INC., a/k/a BHS, INC. OF WYOMING,

    Defendant.

---

## VERDICT FORM

We the jury, having unanimously agreed, submit the following answers to the questions submitted by the Court:

<u>QUESTION NO. 1</u>: Did Plaintiff Steven Straughen prove that Defendant BHS, Inc., was negligent and that BHS, Inc.'s negligence was a cause of his injuries from the December 12, 2019, incident?

Answer:   YES __✓__      NO _____

**NOTE: If you answered "NO" to Question No. 1, then your verdict is for Defendant BHS, Inc. If you answered "NO" to Question No. 1, then your deliberations are complete. Do not answer the remaining questions. Stop your deliberations, sign and date this Verdict Form.**

If you answered "YES" to Question No. 1, please proceed to answer Question No. 2.

QUESTION NO. 2: Did Defendant BHS, Inc., prove that the nonparty Skyline Well Testing, LLC, was negligent?

    Answer:  YES  ✓      NO  _____

**NOTE:  If you answered "NO" to Question No. 2, then skip Question No. 3 and proceed to Question No. 4.**

**If you answered "YES" to Question No. 2, please proceed to Question No. 3.**

QUESTION NO. 3: Did Defendant BHS, Inc., prove that the negligence of nonparty Skyline Well Testing, LLC, was a cause of Plaintiff Steven Straughen's injuries?

    Answer:  YES  ✓      NO  _____

**Please proceed to Question No. 4.**

QUESTION NO. 4: Did Defendant BHS, Inc., prove that the nonparty Schneider Summit Services, LLC, was negligent?

    Answer:  YES  ✓      NO  _____

**NOTE:  If you answered "NO" to Question No. 4, then skip Question No. 5 and proceed to Question No. 6.**

**If you answered "YES" to Question No. 4, please proceed to Question No. 5.**

QUESTION NO. 5: Did Defendant BHS, Inc., prove that the negligence of nonparty Schneider Summit Services, LLC, was a cause of Plaintiff Steven Straughen's injuries?

    Answer:  YES  ✓      NO  _____

**Please proceed to Question No. 6.**

QUESTION NO. 6: Did Defendant BHS, Inc., prove that Plaintiff Steven Straughen himself was negligent?

Answer:  YES _____   NO \_✓\_\_\_\_

**NOTE:  If you answered "NO" to Question No. 6, then skip Question No. 7 and proceed to Question No. 8.**

**If you answered "YES" to Question No. 6, please proceed to Question No. 7.**

QUESTION NO. 7: Did Defendant BHS, Inc., prove that Plaintiff Steven Straughen's own negligence was a cause of his injuries?

Answer:  YES _____   NO \_✓\_\_\_\_

**Please proceed to Question No. 8.**

QUESTION NO. 8: Taking as 100% combined negligence of all parties and non-parties you find negligent and whose negligence was a cause of Plaintiff Steven Straughen's injuries, what percentage of negligence, if any, was that of each party and nonparty? You must enter the figure of zero, "0", for those whom you decide were not negligent or whose negligence you decide was not a cause of Plaintiff's injuries.

Answer:

| | |
|---|---|
| Percentage charged to Defendant BHS, Inc. | 80 % |
| Percentage charged to Skyline Well Testing, LLC | 15 % |
| Percentage charge to Schneider Summit Services, LLC | 5 % |
| Percentage charged to Plaintiff Steven Straughen | 0 % |

**MUST TOTAL 100%**

**Please proceed to Question No. 9.**

QUESTION NO. 9: State the amount of damages quantified in terms of a dollar amount, that Plaintiff Steven Straughen proved that he incurred as a result of any negligence by a party or nonparty (without regard to the negligence percentages of Question No. 8):

(a) The total amount of Plaintiff Steven Straughen's damages, if any, for non-economic losses or injuries, excluding physical impairment or disfigurement. You should write "0" if you find none.

Answer: $ 15 Million

(b) The total amount of Plaintiff Steven Straughen's damages, if any, for economic losses. You should write "0" if you find none.

Answer: $ 10 Million

(c) The total amount of Plaintiff Steven Straughen's damages, if any, for physical impairment or disfigurement. You should write "0" if you find none.

Answer: $ 5 Million

**YOUR DELIBERATIONS ARE COMPLETE.**

**[signatures on following page]**

4

5

THE FOREPERSON SHALL DATE THIS VERDICT FORM, AND EACH JUROR SHALL SIGN THE VERDICT FORM.

Dated this 15th day of February 2024.



Juror Names Redacted