# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02230-NYW-SBP

STEVEN STRAUGHEN,

    Plaintiff,

v.

BHS, INC., also known as BHS, Inc. of Wyoming,

    Defendant.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This matter was tried on February 5, 2024, through February 9, 2024, and February 12, 2024, through February 15, 2024, before a duly sworn jury of eight, United States District Judge Nina Y. Wang presiding. The trial proceeded to conclusion and the jury rendered its Verdict Form.

    Accordingly, it is ORDERED that final judgment is hereby entered in favor of Plaintiff Steven Straughen and against Defendant BHS, Inc., in the following amounts: $468,010.00 in noneconomic damages; $8,000,000.00 in economic damages; and $4,000,000.00 in damages for physical impairment or disfigurement. It is

    FURTHER ORDERED that, pursuant to Colo. Rev. Stat. § 13-21-101, pre-judgment interest shall accrue at the rate of 9% per annum from the date of injury, December 12, 2019. It is

FURTHER ORDERED that post-judgment interest shall accrue at the current rate of 4.99%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment. It is

FURTHER ORDERED that Plaintiff shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 4th day of March, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk